# EXHIBIT 2

### EX. 8 June 19, 2015 E-mail from Chris Benner to Sal Cardinale

**From:** Chris Benner [mailto:cbenner@cmsgreen.com]
**Sent:** Friday, June 19, 2015 11:42 AM
**To:** 'Sal Cardinale'
**Cc:** 'Christopher Benner'
**Subject:** FW: Machine isometric drawing

Sal-

I never received a po# for these 4,000+ water jet-cuts plus the additional labor to paper-wrap and then package them? CMS needs time to prepare for everything and nothing can happen on our end without your po#. Our die board supplier can build the flat-bed cutting die (for use on CMS's new die cutter scheduled to deliver and be fully-operational by the end of the week of 7/13) for $1400; Our Plant Mgr will be on-site for training an material runoff on Monday, 7/6.

As a final option, if CMS were able to produce a proprietary, insulative material just for TSS that was dust-free, easily recyclable in standard recycling systems, dark grey in color, and contained at least the same 85% recycled content as the Denim insulation, would Hello Fresh consider it? If so, by eliminating all the added costs of poly-coated paper facings, labor to wrap, etc… What material $/sqft target + die-cutting cost ($0.26/ea flat-bed or $0.15/ea rotary die cutter) you could work with to win this business from Bonded Logic? I was estimating somewhere in the $0.43+/sqft range…

Did I mention this new material is highly compressible (similar to urethane foam) and could also be a cost-effective solution to those for your Kangaroo mailers you asked me to look at? When you get a few minutes, I would like to personally discuss this exciting material option with you? Thanks!

**Chris Benner**
*Technical Sales Manager*
Cellulose Material Solutions, llc
Manufacturer of ECOCELL® batts and blankets
2472 Port Sheldon
Jenison, MI 49428
888.968.9877
616.402.1860 (cell)
616.669.2370 (fax)
www.cmsgreen.com

 Please consider the environment before printing this email. If you must, please recycle.

NOTICE OF CONFIDENTIALITY: The contents of this e-mail message and any attachments are intended for the addressee(s) named in this message. This communication is intended to be and to remain confidential. If you are not the intended recipient of this message, or if this message has be n addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, unless immediately and permanently deleted, recipient hereby agrees to protect this transmission and any documents, files or previous messages attached (confidential information) in the same manner in which recipient acts to protect his/her/its own confidential nformation.