# EXHIBIT 5



**Thermal Shipping Solutions**
Mill Valley, CA 94941

Ph: 415-389-5004  Fx: 415-389-9007
info@thermalshipping.com

# Purchase Order

| Date | P.O. No. |
|---|---|
| 2/23/2016 | 12964 |

**Vendor:**
Cellulose Material Solutions LLC
2472 Port Sheldon
Jenison, MI 49428
United States

**Ship To:**
Dinner Thyme
1257 RANDALL AVE
BRONX, NY 10474-6412
United States

| Customer PO | Expected | Ship Via | Terms |
|---|---|---|---|
| Email Rick | 2/23/2016 | TBD | Net 30 |

| Item | Description | Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|
| PETAB-14109 | A/B in GREEN 1.0pcf Polyester at 1.5" thickness for a 14"x10"x9" cooler<br>A-14x27.5x1.5-G-2P<br>B-7.5x31x1.5-G-2P | 2,371 | | 1.429 | 3,388.16 |
| PETAB-16129 | A/B in GREEN 1.0pcf Polyester at 1.5" thickness for a 16"x12"x9" cooler<br>A-16x31.5x1.5-G-2P<br>B-7.5x37x1.5-G-2P | 2,371 | | 1.828 | 4,334.19 |

PLEASE CONFIRM RECEIPT OF ORDER AND NOTIFY OF EARLIEST SHIP DATE. CONTACT US IMMEDIATELY IN THE EVENT OF POTENTIAL BACK ORDERS.

**TOTAL** $7,722.35