UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELLULOSE MATERIAL SOLUTIONS, LLC, ) | CASE NO.:  3:22-cv-03141-LB |
| ) | |
| Plaintiff, ) | |
| ) | **[PROPOSED] ORDER GRANTING** |
| v. ) | **SC MARKETING GROUP, INC.'S** |
| ) | **MOTION FOR SUMMARY** |
| SC MARKETING GROUP, INC., ) | **JUDGMENT OF INVALIDITY** |
| ) | |
| Defendant. ) | |

[PROPOSED] ORDER GRANTING SC MARKETING GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT ON INVALIDITY

3:22-cv-03141-LB

# [PROPOSED] ORDER

The Court, having considered Defendant SC Marketing Group, Inc. dba Thermal Shipping Solutions' ("TSS") Notice of Motion and Motion for Summary Judgment of Invalidity ("Motion"), filed with the Court on January 16, 2024, and for good cause shown, hereby GRANTS TSS's Motion.

**IT IS SO ORDERED.**

Dated: _____   _____
Hon. Laurel Beeler
United States Magistrate Judge