1  DICKINSON WRIGHT RLLP
Mark H. Rogge (SBN 298381)
2  615 National Ave, Suite 220
Mountain View, CA 94043
3  Telephone: (408) 701-6200
Facsimile: (844) 670-6009
4  mrogge@dickinsonwright.com

5  DICKINSON WRIGHT PLLC
Christopher A. Mitchell
6  (Admitted *pro hac vice*)
200 Ottawa Ave NE, Suite 1000
7  Grand Rapids, MI 49503
(616) 336-1058
8  cmitchell@dickinsonwright.com

9  John S. Artz
(Admitted *pro hac vice*)
10  350 S. Main Street, Suite 300
Ann Arbor, MI 48104
11  (248) 205-3264
jsartz@dickinsonwright.com
12  yfatabhoy@dickinsonwright.com

13  *Attorneys for Plaintiff*
*Cellulose Material Solutions, LLC*
14

15          **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| CELLULOSE MATERIAL SOLUTIONS, LLC, | CASE NO.: 3:22-cv-03141-LB |
| Plaintiff, | **PLAINTIFF CELLULOSE MATERIAL SOLUTIONS, LLC'S UNSEALED EXHIBIT (ECF No. 149-3) IN SUPPORT OF ITS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY** |
| v. | |
| SC MARKETING GROUP, INC., | |
| Defendant. | |

17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff's Unsealed Exhibit ISO Its
Response to Defendant's MSJ of          1          CASE NO.: 3:22-cv-03141-LB
Invalidity


DICKINSON WRIGHT
ATTORNEYS AT LAW