# EXHIBIT 2

DECLARATION OF
CHRISTOPHER A. MITCHELL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3  - - - - - - - - - - - - - - - - - -
 4  CELLULOSE MATERIAL SOLUTIONS,    )  Case No.
 5  LLC,                             )  3:22-cv-03141-LB
 6               Plaintiff,          )
 7  vs.                              )
 8                                   )
 9  SC MARKETING GROUP, INC.,        )
10               Defendant.          )
11  - - - - - - - - - - - - - - - - - -
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14      VIDEOTAPED DEPOSITION OF SALVATORE CARDINALE
15                PERSON MOST KNOWLEDGEABLE
16          ON BEHALF OF SC MARKETING GROUP, INC.
17                 WEDNESDAY, AUGUST 2, 2023
18
19
20
21          BEHMKE REPORTING AND VIDEO SERVICES, INC.
22              BY:  SUZANNE I. ANDRADE, CSR # 10682
23                    455 MARKET STREET, SUITE 1800
24                   SAN FRANCISCO, CALIFORNIA 94105
25                            (415) 597-5600
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2
3
4
5
6
7
8
9
10       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
11  videotaped deposition of SALVATORE CARDINALE, PERSON
12  MOST KNOWLEDGEABLE on behalf of SC MARKETING GROUP,
13  INC., taken on behalf of PLAINTIFF, at 201 Mission
14  Street, Suite 2310, San Francisco, California,
15  commencing at 9:07 a.m., WEDNESDAY, AUGUST 2, 2023,
16  before Suzanne I. Andrade, Certified Shorthand Reporter
17  No. 10682, pursuant to Notice.
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   APPEARANCES OF COUNSEL:
 2   FOR PLAINTIFF:
 3        DICKINSON WRIGHT PLLC
 4        BY:  CHRISTOPHER A. MITCHELL, ATTORNEY AT LAW
 5        200 Ottawa Avenue NE, Suite 1000
 6        Grand Rapids, Michigan 49503
 7        Telephone:  (616) 336-1058
 8        Email:  cmitchell@dickinsonwright.com
 9
10        DICKINSON WRIGHT PLLC
11        BY:  MARK H. ROGGE, ATTORNEY AT LAW
12        615 National Avenue, Suite 220
13        Mountain View, California 94043
14        Telephone:  (408) 701-6200
15        Email:  mrogge@dickinsonwright.com
16
17   FOR DEFENDANT and THE DEPONENT:
18        WILSON SONSINI GOODRICH & ROSATI
19        BY:  RYAN R. SMITH, ATTORNEY AT LAW
20        650 Page Mill Road
21        Palo Alto, California 94304
22        Telephone:  (650) 493-9300
23        Email:  rsmith@wsgr.com
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  seven hours.  So I think we're going to -- I think we
2  should just keep going until we get to lunch.
3       MR. MITCHELL:  Okay.  All right.  Well, we'll --
4  we'll press on until noon, and then we'll take a lunch
5  break.
6       THE WITNESS:  I'm okay with it.  I'm okay with it.
7       MR. MITCHELL:  Okay.  Very good.
8            Yeah.  I'm going to hand you what's been marked
9  Plaintiff's Exhibit K.  This is TSS production Bates
10 -583.
11           (Plaintiff's Exhibit K was marked for
12           identification.)
13 BY MR. MITCHELL:
14      Q.   Take a look at that, if you would for a moment.
15      A.   (Examines document.)
16           Okay.
17      Q.   Okay.  Do you recognize that document?
18      A.   I do.
19      Q.   Okay.  Is that a Thermal Shipping Solutions
20 purchase order?
21      A.   It is.
22      Q.   Okay.  And that's dated February 23, 2016?
23      A.   Yes, it is.
24      Q.   Okay.  And that PO appears to be to CMS as the
25 vendor; is that correct?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.    That is correct.
2      Q.    And ship to says "Dinner Thyme"?
3      A.    Yes, sir.
4      Q.    Would that be the -- that's the ultimate
5   customer of the shipment?
6      A.    That is.  And that was at least one of the
7   customers that I couldn't remember the name to earlier.
8      Q.    Okay.  When we were talking about what, the
9   first sale of --
10     A.    Yeah.
11     Q.    -- Renewliner?
12     A.    Yeah.  One of the first sales.  I don't know if
13  this is the first; but, yes, one of the first.
14     Q.    Okay.  So in the item -- so your recollection
15  is this is a Renewliner order?
16     A.    Yes.
17     Q.    Okay.  And the item says "PETAB."
18           See that in the "Item" column?
19     A.    Yep.
20     Q.    Okay.  That's a reference to -- that's --
21  that's how TSS refers to the Renewliner?
22     A.    At that time, yes.  I believe it is very
23  similar in item codes now.  But, yes, at that time,
24  that's how it was referred to.
25     Q.    Okay.  So the item code -- thank you -- that's

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                WEDNESDAY, AUGUST 2, 2023; 1:24 P.M.
 2         THE VIDEO OPERATOR:  Back on the record.  The time
 3    is 1:24 p.m.
 4                       EXAMINATION RESUMED
 5    BY MR. MITCHELL:
 6         Q.   Okay.  We're back on the record.
 7         A.   Yes.
 8         Q.   Mr. Cardinale, all set?
 9         A.   Yep, all set.  Thank you.
10         Q.   Okay.  I'll remind you that you are under oath.
11         A.   Yes, sir.
12         Q.   Very good.
13              I wanted to get a little bit into the
14    relationship between TSS and CMS.
15              When did -- when did TSS first become involved
16    with CMS?
17         A.   I believe it was as early as 2014.
18         Q.   Okay.  And how did that come about?
19         A.   Seeking more sustainable packaging material as
20    insulation.
21         Q.   Okay.  Who was seeking?
22         A.   I was.
23         Q.   Okay.  So TSS reached out to CMS?
24         A.   Yes, after doing several Google searches and
25    realized that they had a material that might be -- might
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   not meet the requirements that we were looking for --
2          Q.   Okay.
3          A.   -- for our customers.
4          Q.   And what material was that?
5          A.   Initially, the paper -- cellulose paper
6   insulation that they offer and had been selling to, I
7   guess, in the building industry primarily.  We saw that
8   online and said look into it, being that we recognized
9   that paper was very recyclable and did meet the curbside
10  recyclable requirements that we were seeking to offer
11  our customers.
12         Q.   Okay.  And what happened next?
13         A.   Contacted CMS and I guess spoke to initially
14  Matt Henderson and inquired what they had, what they
15  could produce, thicknesses, could they make it in
16  different thicknesses, and everything that our -- our
17  customers would require and whether or not they had the
18  capabilities to produce those specifications.
19         Q.   Okay.
20         A.   And we moved forward and basically eventually
21  got to the quoting process and sampling process.  And
22  it -- you know, so we can evaluate the product that they
23  advertised online.
24         Q.   Okay.  And when did they -- did they provide
25  you a sample of product?