1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DICKINSON WRIGHT RLLP
Mark H. Rogge (SBN 298381)
615 National Ave, Suite 220
Mountain View, CA 94043
Telephone: (408) 701-6200
Facsimile: (844) 670-6009
mrogge@dickinsonwright.com

DICKINSON WRIGHT PLLC
Christopher A. Mitchell
(Admitted *pro hac vice*)
200 Ottawa Ave NE, Suite 1000
Grand Rapids, MI 49503
(616) 336-1058
cmitchell@dickinsonwright.com

DICKINSON WRIGHT PLLC
John S. Artz (Admitted *pro hac vice*)
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(248) 433-7200
jsartz@dickinsonwright.com

*Attorneys for Plaintiff*
*Cellulose Material Solutions, LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLULOSE MATERIAL SOLUTIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>SC MARKETING GROUP, INC.,<br><br>Defendant. | CASE NO.: 3:22-cv-03141-LB<br><br>**DECLARATION OF CHRISTOPHER MITCHELL IN SUPPORT OF PLAINTIFF CELLULOSE MATERIAL SOLUTIONS, LLC'S SUPPLEMENTAL BRIEFING RESPECTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY (Dkt. 141)**<br><br>DATE: March 28, 2024<br>TIME: 9:30 A.M.<br>PLACE: Courtroom B – 15th Floor,<br>JUDGE: Hon. Laurel Beeler |

DECLARATION OF
CHRISTOPHER A. MITCHELL

I, Christopher A. Mitchell, declare as follows:

1.      I am a member of the law firm Dickinson Wright, PLLC, counsel to Plaintiff Cellulose Material Solutions, LLC ("CMS") in the above-captioned litigation. I am a member in good-standing of the State Bar of Michigan and am admitted to practice pro hac vice in the District Court for the Northern District of California, where the above-captioned lawsuit is pending.

2.      The statements made herein are based on facts known to me personally. If called upon to testify to the same, I could do so competently.

3.      Attached as **Exhibit 15** is true and correct copy of the Defendant SC Marketing Group, Inc. dba Thermal Shipping Solutions ("TSS") marketing material for the RENEWLINER product, bearing TSS Bates Nos. TSS_00000739.

4.      Attached as **Exhibit 16** is a true and correct copy of an email chain between CMS and TSS, dated between November 9-10, 2015, and bearing Bates Nos. CMS0006181-6182 [**FILED UNDER SEAL**].

5.      Attached as **Exhibit 17** is a true and correct copy of a CMS Budgetary Quote accompanying the email of Exhibit 16 as an attachment, dated November 10, 2015, and bearing Bates No. CMS0006183 [**FILED UNDER SEAL**].

6.      Attached as **Exhibit 18** is a true and correct copy of the Declaration of Kevin Chase, General Manager of CMS, including Exhibits A-E referenced therein.

7.      Accompanying the Declaration of Kevin Chase as **Exhibit A** is a true and correct copy of a photograph bearing Bates No. CMS00002216.

8.      Accompanying the Declaration of Kevin Chase as **Exhibit B** is a true and correct copy of an email chain between CMS and TSS, dated between December 28, 2015, and January 5, 2016, and bearing Bates Nos. CMS0032635-CMS0032640.

DECLARATION OF
CHRISTOPHER A. MITCHELL

9.      Accompanying the Declaration of Kevin Chase as **Exhibit C** is a true and correct copy of an email chain between CMS and TSS, dated between January 27, 2016, and February 1, 2016, and bearing Bates Nos. CMS0015266-CMS0015268 [**FILED UNDER SEAL**].

10.      Accompanying the Declaration of Kevin Chase as **Exhibit D** is a true and correct copy of an email chain between CMS and TSS, dated between December 12, 2015, and January 7, 2016, and bearing Bates Nos. CMS002697-CMS002700 [**FILED UNDER SEAL**].

11.      Accompanying the Declaration of Kevin Chase as **Exhibit E** is a true and correct copy of a photograph bearing Bates Nos. CMS0003142.

12.      Attached as **Exhibit 19** is a true and correct copy of an email chain between CMS and TSS, dated between January 5-6, 2016, and bearing Bates Nos. CMS0032642-0032644 [**FILED UNDER SEAL**].

13.      Attached as **Exhibit 20** is a true and correct copy of a CMS Budgetary Quote accompanying the January 6, 2016, email of Exhibit 19 as an attachment, dated January 6, 2016, and bearing Bates No. CMS0032645 [**FILED UNDER SEAL**].

14.      Attached as **Exhibit 21** is a true and correct copy of a CMS Budgetary Quote accompanying the January 6, 2016, email of Exhibit 19 as an attachment, dated January 6, 2016, and bearing Bates No. CMS0032646 [**FILED UNDER SEAL**].

15.      Attached as **Exhibit 22** is a true and correct copy of an email chain (Bates Nos. TSS_00001376 – TSS_000013749 which includes an internal TSS email dated February 2, 2016 (Bates No. TSS_00001376) [**FILED UNDER SEAL**].

16.      Attached as **Exhibit 23** is a true and correct copy of an email chain between CMS and TSS between January 19 and 22, 2016, bearing Bates Nos. CMS001658-CMS001659.

DECLARATION OF
CHRISTOPHER A. MITCHELL

17.    Attached as **Exhibit 24** are true and correct copies of excerpts from the September 14, 2023, 30(b)(6) deposition of third party Turner Fiberfill, Inc.

18.    Attached as **Exhibit 25** are true and correct copies of excerpts from the August 2, 2023, deposition of Salvatore Cardinale, including the Exhibit 23 referenced in the excerpted testimony [**FILED UNDER SEAL**].

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct: and that this declaration was completed on this March 7, 2024.


/s/Chris Mitchell
Christopher A. Mitchell, Esq.

DECLARATION OF
CHRISTOPHER A. MITCHELL