# EXHIBIT 15

DECLARATION OF
CHRISTOPHER A. MITCHELL

# Renewliner Recycling

**The world's first curbside recyclable insulated shipping system.**

Sourced from the globe's most recyclable plastic, PET, Renewliner debuts the world's first curbside recyclable insulated shipping system.



## The only thermal packaging solution awarded Most Sustainable Temperature-Sensitive Project by Cold Chain Global Forum.

The Cold Chain Global Forum is one of the most prestigious and credentialed organizations in the industry, and the Renewliner is the only thermal packaging solution to be recognized by the Cold Chain Global Forum as the "Most Sustainable Temperature-Sensitive Project." Renewliner was awarded this distinguished recognition because it is the world's first curbside recyclable insulated shipping system and uses closed-loop recycled material to create the most sustainable product on the market.

### Made from the most recyclable plastic on the planet.

Renewliner is made from polyethylene terephthalate (PET), a strong, lightweight plastic that is used in everything from water bottles to carpeting and one of the only materials in existence with the technology to be infinitely recyclable.

PET is the most recycled plastic in the U.S and worldwide, with more than 1.5 billion pounds of used PET being recovered in the United States each year for recycling. A 2010 study found that producing one ton of recycled PET compared to one ton of virgin PET saves 48 million BTUs of energy and reduces greenhouse gas emissions by 3,000 pounds.

PET is not only 100% recyclable, it also has an incredibly low carbon footprint compared to alternative packaging materials like cotton, denim, and paper. PET enables TSS to reduce the environmental impact twofold, by tackling the current pollution issues (removing material from the waste streams and giving them a second life), while also creating a product will be recycled again and again.

415-389-5004  |  Sales@ThermalShipping.com  |  ThermalShipping.com

1196 Simmons Lane, Novato, CA 94945

TSS_00000739