# EXHIBIT 17
## FILED UNDER SEAL

DECLARATION OF
CHRISTOPHER A. MITCHELL