# EXHIBIT 18

DECLARATION OF
CHRISTOPHER A. MITCHELL

DICKINSON WRIGHT RLLP
Mark H. Rogge (SBN 298381)
615 National Ave, Suite 220
Mountain View, CA 94043
Telephone: (408) 701-6200
Facsimile: (844) 670-6009
mrogge@dickinsonwright.com

DICKINSON WRIGHT PLLC
Christopher A. Mitchell
(Admitted *pro hac vice*)
200 Ottawa Ave NE, Suite 1000
Grand Rapids, MI 49503
(616) 336-1058
cmitchell@dickinsonwright.com

DICKINSON WRIGHT PLLC
John S. Artz (Admitted *pro hac vice*)
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(248) 433-7200
jsartz@dickinsonwright.com

*Attorneys for Plaintiff*
*Cellulose Material Solutions, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CELLULOSE MATERIAL SOLUTIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>SC MARKETING GROUP, INC.,<br><br>Defendant. | CASE NO.: 3:22-cv-03141-LB<br><br>**DECLARATION OF KEVIN CHASE IN SUPPORT OF PLAINTIFF CELLULOSE MATERIAL SOLUTIONS, LLC'S SUPPLEMENTAL BRIEFING RESPECTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY (Dkt. 141)**<br><br>DATE: March 28, 2024<br>TIME: 9:30 A.M.<br>PLACE: Courtroom B – 15th Floor,<br>JUDGE: Hon. Laurel Beeler |

DECLARATION OF KEVIN CHASE

I, Kevin Chase, declare as follows:

1. I am over eighteen (18) years of age and am the General Manager of Cellulose Material Solutions, LLC "CMS"), Plaintiff in the above-captioned lawsuit. I have been continuously employed by CMS since August of 2015.

2. I submit this Declaration in support of CMS's supplemental briefing in relation to the motion for summary judgment of Defendant SC Marketing Group, Inc., dba Thermal Shipping Solutions ("TSS"). I have personal knowledge of the facts set forth herein and if called as a witness could testify competently thereto.

3. Among numerous other responsibilities as General Manager at CMS, I am involved in the development and manufacture of CMS's various products.

4. From the time I started my employment at CMS in August of 2015 I was engaged in the ongoing development of CMS's packaging insulation product comprising a core, or batt, of 100% PET fiber, with PET film on both sides of the batt. That product was already in development internally at CMS at the time I joined the company.

5. In November of 2015, I was personally involved in CMS's testing of the production-scale manufacture of CMS's packaging insulation product comprising a core, or batt, of 100% PET fiber, with PET film on both sides of the batt. The attached photograph, taken by me contemporaneously with this testing, shows quantities of this finished product in CMS's manufacturing facility. *See* Exh. A (CMS00002216), attached.  Samples of the product created from this testing were provided to TSS before the end of 2015.

6. In December of 2015, I oversaw CMS's creation of multiple samples of its packaging insulation product comprising a core, or batt, of 100% PET fiber, with PET film on both sides of the batt. These samples were shipped from CMS directly to third party Nurture Life in

1

DECLARATION OF KEVIN CHASE

December of 2015. *See* Exh. B (CMS0032635 through CMS0032640). Below is a true and correct copy of a screenshot I took from CMS's computer records evidencing the December 28, 2015, shipment details to Eric Baur at Nurture Life in Chicago, Illinois.



7. Also in December of 2015, I oversaw CMS's creation of multiple samples of its packaging insulation product comprising a core, or batt, of 100% PET fiber, with PET film on both sides of the batt. I caused these samples to be shipped to TSS, to the attention of its employee Ben Scott. *See* Exh. C (CMS002699 through CMS002700). Below is a true and correct copy screenshot I took from CMS's computer records evidencing the December 18, 2015, shipment details to Ben Scott at TSS's Novato, California location.



8. In January of 2016, I oversaw CMS's creation of multiple samples of its packaging insulation product comprising a core, or batt, of 100% PET fiber, with PET film on both sides of the batt. At the direction of Chris Benner, CMS's sales manager at the time, I caused these samples to be shipped to TSS, to the attention of its employee Ben Scott, on February 1, 2016. *See* Exh. D (CMS0015266 through CMS0015268) and Exh. E (CMS0003142). Below is a screenshot I took from CMS's computer records evidencing the February 1, 2016, shipment details to Ben Scott at TSS's Novato, California location.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct: and that this declaration was completed on this 7th of March 2024 in Jenison, Michigan.

By:/s/ *Kevin J. Chase*

Kevin Chase



DECLARATION OF KEVIN CHASE