# EXHIBIT A

DECLARATION OF KEVIN CHASE



CONFIDENTIAL