# EXHIBIT B

| | |
|---|---|
| **From**: | Espen Skaar [espen@thermalshipping.com] |
| **Sent**: | 1/5/2016 8:46:21 PM |
| **To**: | Chris Benner [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Chris Benner] |
| **Subject**: | re: FW: production samples |
| **Attachments**: | image1.JPG |

Thanks Chris,

Yes they are moving forward I am providing formal quotes this week, thanks for the followup, will get you more info soon,

Espen



**Espen Skaar**
**Programmer, Account Executive**
*Thermal Shipping Solutions*
**P:** 415-389-5004  **C:** 415-748-1580  **F:** 415-389-9007
Espen@thermalshipping.com
I am here to provide technical information, test data, and quality customer service.

---

**From**: "Chris Benner" <cbenner@cmsgreen.com>
**Sent**: Tuesday, January 05, 2016 12:44 PM
**To**: espen@thermalshipping.com
**Cc**: "Chris Benner" <cbenner@cmsgreen.com>
**Subject**: FW: production samples

Espen-

I hope you had a Happy New Year and are getting closer to landing your project, with Nurture Life!  Speaking of which, have they gotten back to you regarding all the samples that they received last Wednesday, 12/30?

Please email me a status update with as much detail (finalized sizes & thicknesses, launch dates, Polyester film specs, any special packaging requests beyond CMS using our standard JUMBO boxes, etc.) as possible, so I can review it with my team during our monthly production planning meeting on Thursday, 1/7?  Thanks!


**Chris Benner**
*Technical Sales Manager*
Cellulose Material Solutions, llc
Manufacturer of ECOCELL® batts and blankets
2472 Port Sheldon
Jenison, MI  49428
888.968.9877
616.402.1860 (cell)
616.669.2370 (fax)
www.cmsgreen.com

HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY                                                                          CMS0032635

 Please consider the environment before printing this email.  If you must, please recycle.

NOTICE OF CONFIDENTIALITY:  The contents of this e-mail message and any attachments are intended for the addressee(s) named in this message.  This communication is intended to be and to remain confidential.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.  Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, unless immediately and permanently deleted, recipient hereby agrees to protect this transmission and any documents, files or previous messages attached (confidential information) in the same manner in which recipient acts to protect his/her/its own confidential information.

**From:** Chris Benner [mailto:cbenner@cmsgreen.com]
**Sent:** Monday, December 28, 2015 1:34 PM
**To:** Kevin Chase
**Cc:** Espen Skaar
**Subject:** Fwd: production samples

Kevin-

Can you please generate a UPS Ground shipment for Espen at TSS, using the info below and a box of:

**Chris Benner**
**Technical Sales Mgr**
Cellulose Material Solutions, llc
Manufacturer of ECOCELL® batts and blankets
2472 Port Sheldon
Jenison, MI  49428
+888 968 9877 (work)
+616 402 1860 (cell)
+616 669 2370 (fax)
www.cmsgreen.com

Begin forwarded message:

**From:** Espen Skaar <espen@thermalshippingsolutions.com>
**Date:** December 28, 2015 at 12:47:31 PM EST
**To:** <cbenner@cmsgreen.com>
**Subject: fw: Re: production samples**
**Reply-To:** <espen@thermalshippingsolutions.com>

**Is this all the information you need?**

**Espen**


Hello Chris,

So where I stand with this customer at this point is this:

He is waiting on the samples that I specified in the last email. 4 of each size.  Now I know that only the 1.5" is available so that leaves us with only half of the samples.  My customer wanted the white material, but if all you have right now is green that will have to do.  So I think 8 total samples. 4 of each of the 1.5" size, should do, so that is:

outside dimensions: 14 13 6
thickness: 1.5"
a: 14" x 31.5"
b: 3.5" x 36.5"

outside dimensions: 18 14 10
thickness: 1.5"
a: 18" x 36.5"
b. 8.5" x 43"

If you produce 4 samples of each of these in the 1.5" green material with facing on each side, that should be adequate for now.  Also like we talked about on the phone if you could write the box dimensions and either a or b on each piece.

Ship to:

Nurture Life
230 W Superior St #200
Chicago IL 60654

Attn: Eric Bauer

**Return Address:**
**Thermal Shipping Solutions**
38 Miller Avenue   Suite 252
Mill Valley, CA 94941 USA


Thanks Chris :)

Espen





**Espen Skaar**
**Programmer, Account Executive**
*Thermal Shipping Solutions*
**P:** 415-389-5004  **C:** 415-748-1580  **F:** 415-389-9007
Espen@thermalshipping.com
I am here to provide technical information, test data, and quality customer service.


---

**From**: "Chris Benner" <cbenner@cmsgreen.com>
**Sent**: Monday, December 28, 2015 9:15 AM
**To**: espen@thermalshippingsolutions.com
**Subject**: Re: production samples

Espen-

I am cutting your samples out of the available 1.5" GREEN Polyester w/film on both sides.  Did you still just need (4) samples of each size?

Also did you want me to mark on these samples in any way with a BLACK Sharpie, so your customer will know which part goes with which cooler-size?  Thanks!

**Chris Benner**
**Technical Sales Mgr**
Cellulose Material Solutions, llc
Manufacturer of ECOCELL® batts and blankets
2472 Port Sheldon
Jenison, MI  49428
+888 968 9877 (work)
+616 402 1860 (cell)
+616 669 2370 (fax)
www.cmsgreen.com

On Dec 23, 2015, at 3:29 PM, Espen Skaar <espen@thermalshippingsolutions.com> wrote:

Hi Chris,

Can you please make 4 of each of these sizes in green poly with facing on both sides:

HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY                                                                                                    CMS0032638

outside dimensions: 18 14 10
thickness: 1"
a: 18" x 37.5"
b: 9" x 44"

outside dimensions: 18 14 10
thickness: 1.5"
a: 18" x 36.5"
b. 8.5" x 43"

outside dimensions: 14 13 6
thickness: 1"
a: 14" x 31"
b: 5" x 38"

outside dimensions: 14 13 6
thickness: 1.5"
a: 14" x 31.5"
b: 3.5" x 36.5"

Can you please will call these and we will blind ship.
Would like to have this as soon as possible to get my customer to sign on the line and get you rolling.
We will have the customer pay for the cutting dies.
If you don't have 1" just make 1.5" for now.
Please let me know when you can have these made by.

Thanks Chris and Merry Xmas,

Espen



**Espen Skaar**
**Programmer, Account Executive**
*Thermal Shipping Solutions*
**P:** 415-389-5004  **C:** 415-748-1580  **F:** 415-389-9007
Espen@thermalshipping.com
I am here to provide technical information, test data, and quality customer service.

HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY                                                                                            CMS0032640