# EXHIBIT D
## FILED UNDER SEAL

DECLARATION OF KEVIN CHASE