# EXHIBIT E

DECLARATION OF KEVIN CHASE

