# EXHIBIT 20
## FILED UNDER SEAL

DECLARATION OF
CHRISTOPHER A. MITCHELL