# EXHIBIT 23

DECLARATION OF
CHRISTOPHER A. MITCHELL

| From: | Chris Benner [cbenner@cmsgreen.com] |
|---|---|
| Sent: | 1/22/2016 9:40:26 PM |
| To: | 'Kevin Chase' [kchase@cmsgreen.com]; 'Matt Henderson' [mphenderson@cmsgreen.com] |
| CC: | 'Chris Benner' [cbenner@cmsgreen.com] |
| Subject: | FW: closed the DinnerThyme business! |
| Attachments: | Thermal Shipping_DinnerThyme_CMS Quote_14x10x9 cooler_A+B_GREEN_1pcf_1.5in_BENNER_1-6-2016.pdf; Thermal Shipping_DinnerThyme_CMS Quote_16x12x9 cooler_A+B_GREEN_1pcf_1.5in_BENNER_1-6-2016.pdf |

Kevin & Matt-

It's finally starting to happen…  I was hoping to have the actual po# in-hand, by now, but I couldn't wait any longer and just wanted to let you both know that this business is officially coming our way!  Espen said they are working on finalizing the po#'s and coordinating getting the PET film delivered, asap.

In addition, www.dinnerthyme.com website will soon be featuring this packaging innovation prominently as part of their ongoing, national marketing efforts.  Have a great weekend!!

**Chris Benner**
*Technical Sales Manager*
Cellulose Material Solutions, llc
Manufacturer of ECOCELL® batts and blankets
2472 Port Sheldon
Jenison, MI  49428
888.968.9877
616.402.1860 (cell)
616.669.2370 (fax)
www.cmsgreen.com

 Please consider the environment before printing this email.  If you must, please recycle.

NOTICE OF CONFIDENTIALITY:  The contents of this e-mail message and any attachments are intended for the addressee(s) named in this message.  This communication is intended to be and to remain confidential.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.  Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, unless immediately and permanently deleted, recipient hereby agrees to protect this transmission and any documents, files or previous messages attached (confidential information) in the same manner in which recipient acts to protect his/her/its own confidential information.

**From:** Espen Skaar [mailto:espen@thermalshippingsolutions.com]
**Sent:** Tuesday, January 19, 2016 7:49 PM
**To:** cbenner@cmsgreen.com
**Subject:** closed

Hey Chris I just want you to know I just closed DinnerThyme.
Boom.
I will have another deal for you as well within 1 week - NurtureLife, the one we have worked so hard on.
We will work out the logistics with you in the next couple of days for DinnerThyme.
Thanks for the call today as well with Sal, I know we are going to be able to work all this stuff out - I think we all knew this first one was going to be a bit challenging.
I will get you some material as well as get you some film so we can start custom printing these badboys.
Thanks again for your time and hard work and now the fun part begins.

Espen



**Espen Skaar**
**Programmer, Account Executive**
*Thermal Shipping Solutions*
**P:** 415-389-5004  **C:** 415-748-1580 **F:** 415-389-9007
Espen@thermalshipping.com
I am here to provide technical information, test data, and quality customer service.

CONFIDENTIAL

| | |
|---|---|
| **From:** | Chris Benner [cbenner@cmsgreen.com] |
| **Sent:** | 1/22/2016 9:40:26 PM |
| **To:** | 'Kevin Chase' [kchase@cmsgreen.com]; 'Matt Henderson' [mphenderson@cmsgreen.com] |
| **CC:** | 'Chris Benner' [cbenner@cmsgreen.com] |
| **Subject:** | FW: closed the DinnerThyme business! |
| **Attachments:** | Thermal Shipping_DinnerThyme_CMS Quote_14x10x9 cooler_A+B_GREEN_1pcf_1.5in_BENNER_1-6-2016.pdf; |
| | Thermal Shipping_DinnerThyme_CMS Quote_16x12x9 cooler_A+B_GREEN_1pcf_1.5in_BENNER_1-6-2016.pdf |

Kevin & Matt-

It's finally starting to happen…  I was hoping to have the actual po# in-hand, by now, but I couldn't wait any longer and just wanted to let you both know that this business is officially coming our way!  Espen said they are working on finalizing the po#'s and coordinating getting the PET film delivered, asap.

In addition, www.dinnerthyme.com website will soon be featuring this packaging innovation prominently as part of their ongoing, national marketing efforts.  Have a great weekend!!

**Chris Benner**
*Technical Sales Manager*
Cellulose Material Solutions, llc
Manufacturer of ECOCELL® batts and blankets
2472 Port Sheldon
Jenison, MI  49428
888.968.9877
616.402.1860 (cell)
616.669.2370 (fax)
www.cmsgreen.com

 Please consider the environment before printing this email.  If you must, please recycle.

NOTICE OF CONFIDENTIALITY:  The contents of this e-mail message and any attachments are intended for the addressee(s) named in this message.  This communication is intended to be and to remain confidential.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.  Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, unless immediately and permanently deleted, recipient hereby agrees to protect this transmission and any documents, files or previous messages attached (confidential information) in the same manner in which recipient acts to protect his/her/its own confidential information.

**From:** Espen Skaar [mailto:espen@thermalshippingsolutions.com]
**Sent:** Tuesday, January 19, 2016 7:49 PM
**To:** cbenner@cmsgreen.com
**Subject:** closed

Hey Chris I just want you to know I just closed DinnerThyme.
Boom.
I will have another deal for you as well within 1 week - NurtureLife, the one we have worked so hard on.
We will work out the logistics with you in the next couple of days for DinnerThyme.
Thanks for the call today as well with Sal, I know we are going to be able to work all this stuff out - I think we all knew this first one was going to be a bit challenging.
I will get you some material as well as get you some film so we can start custom printing these badboys.
Thanks again for your time and hard work and now the fun part begins.

Espen



**Espen Skaar**
**Programmer, Account Executive**
*Thermal Shipping Solutions*
**P:** 415-389-5004  **C:** 415-748-1580 **F:** 415-389-9007
Espen@thermalshipping.com
I am here to provide technical information, test data, and quality customer service.

CONFIDENTIAL