# EXHIBIT 24

DECLARATION OF
CHRISTOPHER A. MITCHELL

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4  CELLULOSE MATERIAL SOLUTIONS,   )
    LLC,                            )
 5                                  )
                                    )
 6             Plaintiff,           )
                                    )
 7        vs.                       ) Case No.
                                    ) 3:22-CV-03141-LB
 8  SC MARKETING GROUP, INC.,       )
                                    )
 9             Defendant.           )
    _____)
10

11

12

13         VIDEOTAPED DEPOSITION OF PAUL TURNER

14       30(b)(6) deposition of Turner Fiberfill

15              Los Angeles, California

16           Thursday, September 14, 2023

17                     Volume I

18

19

20

21

22  Stenographically Reported by:
    AMANDA J. KALLAS
23  CSR Number 13901

24  Job Number 2624

25  PAGES 1 - 66
```

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4  CELLULOSE MATERIAL SOLUTIONS,    )
    LLC,                             )
 5                                   )
                                     )
 6              Plaintiff,           )
                                     )
 7       vs.                         ) Case No.
                                     ) 3:22-CV-03141-LB
 8  SC MARKETING GROUP, INC.,        )
                                     )
 9              Defendant.           )
    _____)
10

11

12

13

14

15       Videotaped deposition of PAUL TURNER, Volume I,

16  taken on behalf of Plaintiff, at 633 West Fifth

17  Street, Suite 1550, Los Angeles, California

18  90071-2048, beginning at 9:38 a.m. and ending at

19  11:14 a.m. on Thursday, September 14, 2023, before

20  Amanda J. Kallas, Certified Shorthand Reporter

21  Number 13901.

22

23

24

25
```

```
 1    APPEARANCES:

 2

 3    For Plaintiff:
          DICKINSON WRIGHT PLLC
 4        BY:  MARK H. ROGGE, ESQ.
               CHRISTOPHER MITCHELL, ESQ. (VIA ZOOM)
 5        800 WEST CALIFORNIA AVENUE
          SUITE 110
 6        SUNNYVALE, CALIFORNIA 94086
          408-701-6200
 7        MROGGE@DICKINSONWRIGHT.COM

 8    For Defendant:
          WILSON SONSINI GOODRICH & ROSATI P.C.
 9        BY:  RYAN SMITH, ESQ.
          650 PAGE MILL ROAD
10        PALO ALTO, CALIFORNIA 94394-1050
          650-849-3345
11        RSMITH@WSGR.COM

12

13    Also Present:
          CRAIG SCHUMACHER, Videographer
14

15

16

17

18

19

20

21

22

23

24

25
```

```
                            INDEX
   WITNESS                                    EXAMINATION
   PAUL TURNER
            (By Mr. Rogge)                         7



                           EXHIBITS
    NUMBER                  DESCRIPTION                    PAGE
   Exhibit 40    SUBPOENA TO TESTIFY AT A DEPOSITION        10
                 IN A CIVIL ACTION


   Exhibit 41    AGREEMENT SIGNATURE PAGE                   20
                 BATES: TURNER_00000001


   Exhibit 42    EXCLUSIVE MANUFACTURING AGREEMENT          21
                 BATES: TURNER_00000002 - 00000015


   Exhibit 43    MAY 5, 2023 PRODUCT SPECIFICATIONS         31
                 FOR THERMAL SHIPPING SOLUTIONS
                 BATES: TURNER_00000016


   Exhibit 44    PURCHASE ORDER                             43
                 BATES: TSS_00001520
```

```
 1                      EXHIBITS CONTINUED
 2     NUMBER                 DESCRIPTION                   PAGE
 3    Exhibit 45      PURCHASE ORDER                         46
 4                    BATES: TSS_00001522
 5
 6    Exhibit 46      TSS BILL                               47
 7                    BATES: TSS_00001528
 8
 9    Exhibit 47      SAMPLE OF RENEWLINER                   58
10
11    Exhibit 48      TURNER FIBERFILL, INC. INVOICE,        ***
12                    PACKING LIST, AND BILL OF LADING
13                    BATES: TSS_00001523 - 00001525
14
15
16
17
18
19
20
21
22
23
24
25
```

1　　　　Thursday, September 14, 2023; Los Angeles,
2　　　　　　　　　　　　California
3　　　　　　　　　　　　9:38 a.m.
4　　　　　　　　　　　　---oOo---
5　　　　THE VIDEOGRAPHER:  Good morning.
6　　　　My name is Craig Schumacher.  I am the
7　videographer for today.  I represent Fortz Legal in
8　Grand Rapids, Michigan.
9　　　　I am not financially interested in the
10　action, nor am I a relative or employee of any of
11　the attorneys or any of the parties.
12　　　　Today's date is September 14th, 2023.  The
13　time is approximately 9:38 a.m.  This deposition is
14　being taken at 633 West Fifth Street in Los Angeles,
15　California.  The case number is 3:22-cv-03141-LB.
16　This case is entitled "Cellulose Material Solutions
17　versus SC Marketing Group, Incorporated."
18　　　　This is the 30(b)(6) deposition of Paul
19　Turner.  The court reporter today is Amanda Kallas.
20　　　　Will each of the attorneys present please
21　state your appearance for the record.
22　　　　MR. ROGGE:  My name is Mark Rogge from the
23　firm of Dickinson Wright representing the plaintiff,
24　Cellulose Material, and I am joined on video by
25　Chris Mitchell.

```
 1         MR. MITCHELL:  This is Chris Mitchell from
 2   Dickinson Wright.
 3         MR. SMITH:  And Ryan Smith from Wilson
 4   Sonsini, on behalf of the defendant and the witness.
 5         THE VIDEOGRAPHER:  You may swear the witness.
 6                      ---oOo---
 7                      PAUL TURNER,
 8      having been duly administered an oath by the
 9      court reporter, was examined and testified as
10                        follows:
11         THE WITNESS:  Yes I do.
12         THE STENOGRAPHER:  Thank you.
13         Go ahead, Counsel.
14                      ---oOo---
15                      EXAMINATION
16   BY MR. ROGGE:
17      Q   Can you state your name for the --
18      A   Paul --
19      Q   -- record?
20      A   -- Turner.
21      Q   And what's your address?
22      A   My home address?
23      Q   Or the business address.
24      A   Oh.  1600 Date Street, Montebello,
25   California.
```

```
 1     Q    And that's the address of the business?
 2     A    Right.
 3     Q    And what is that business is called?
 4     A    Turner Fiberfill, Inc.
 5     Q    Have you ever been deposed before?
 6     A    No.
 7     Q    "No."
 8          So how this will work is, I'm going to ask
 9  you some questions about the company, about the
10  product you make, and about some documents.
11          And you were sworn by the court reporter.
12          Do you understand that you're here to tell
13  the truth and you have to tell the truth under oath?
14     A    Correct.  Right.
15     Q    We are obviously recording by video, but I
16  ask that you give verbal answers as opposed to
17  nodding so that we do have it on the transcript.
18          Do you understand that?
19     A    Yeah, yeah.  Okay.
20     Q    If a question I ask is unclear, let me know,
21  and I'll reframe it and re-ask it.
22     A    Okay.
23     Q    I ask that you wait for me to finish the
24  questions before answering so that we don't talk
25  over each other, and also to give your counsel a
```

```
 1       A    And -- and laminated to a polyester fiber
 2   material.
 3       Q    Yeah, so it's a polyester film on either side
 4   of a polyester fiber material?
 5       A    Correct.
 6       Q    There were no -- I'll refer to this as "the
 7   Renewliner" or "the product."
 8       A    Okay.
 9       Q    And will you understand that I'm --
10       A    Yes.
11       Q    -- indicating the -- all right.
12            So there are no specifications in the
13   agreement.
14            Did TSS provide any specifications to you?
15            MR. SMITH:  Objection.  Vague.
16            Go ahead and answer it.
17            THE WITNESS:  I'm sorry?
18            MR. SMITH:  I objected just to -- the
19   question's vague, but you can still go ahead and
20   answer the question.
21            THE WITNESS:  Right.
22   BY MR. ROGGE:
23       Q    If you understand the question.  If you don't
24   understand the question, I can re-ask it.
25       A    I'm not quite understanding what you mean.
```

```
 1      Q    How -- when TSS approached you to make this
 2   product --
 3      A    Right.
 4      Q    -- how did you know what to make?
 5      A    That's a good question.  It goes back a long
 6   time.  I don't remember.  I really don't remember.
 7   I mean, how do I know -- obviously, he must have --
 8   he or somebody may have told us that -- to make a
 9   polyester fiberfill at that spec, but I don't recall
10   who did it -- I really don't -- whether it was Sal
11   or Ben, or somebody, whatever.
12      Q    And just for the record, who's Sal?  Who is
13   Sal?  What's Sal's full name?
14      A    I don't know.  Salvatore, that's all I -- I
15   don't know what his last name is.
16      Q    And do you know Chris's last name?
17      A    Who?
18      Q    Chris.  You -- I thought you said "Chris."
19   Oh, you said "Ben"?
20      A    Ben.
21      Q    You said "Ben"?
22      A    No, I don't know Ben's last name.
23      Q    Okay.
24      A    He doesn't work there anymore anyway.
25      Q    So you were in contact with Ben and Sal?
```

1    A    Yes.
2    Q    Anybody else at TSS that you were in contact
3    with?
4    A    Well, nobody that's there anymore.  I can't
5    remember.  There was another -- another salesperson
6    there.
7    Q    And you don't remember how you got -- or you
8    weren't involved with how you got the specifications
9    or what you were supposed to make?
10   A    Obviously, somebody must have told us what
11   the spec was, and so we just made it.
12   Q    But sitting here today, you don't know -- you
13   don't recall who gave you the specs?
14   A    No, I really don't.
15   Q    Yeah.  And you -- what -- do you have any
16   recollection of it being in writing or by email?
17   A    No, no.  It was never in writing, that I
18   recall.
19   Q    You don't remember them giving you a sample?
20   A    No.
21   Q    And you don't recall TSS giving you any
22   documents?
23   A    Documents?  No.
24   Q    "No."
25        And have you ever heard of a product called