# EXHIBIT 25
## FILED UNDER SEAL

DECLARATION OF
CHRISTOPHER A. MITCHELL