1  RYAN R. SMITH, State Bar No. 229323
   rsmith@wsgr.com
2  CHRISTOPHER D. MAYS, State Bar No. 266510
   cmays@wsgr.com
3  ALEXANDER R. MILLER, State Bar No. 347827
   alex.miller@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI PC
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: 650.493.9300
6  Facsimile:  650.565.5100

7  Attorneys for Defendant
   SC MARKETING GROUP, INC.
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 CELLULOSE MATERIAL SOLUTIONS, LLC,  )  CASE NO.: 3:22-cv-03141-LB
                                       )
13                Plaintiff,           )
                                       )  **DEFENDANT SC MARKETING
14        v.                           )  GROUP, INC. SUPPLEMENTAL
                                       )  REPLY IN SUPPORT OF ITS
15 SC MARKETING GROUP, INC.,           )  MOTION FOR SUMMARY
                                       )  JUDGMENT OF INVALIDITY
16                Defendant.           )  (DKT. 141)**
                                       )
17                                     )  **[FILED UNDER SEAL – HIGHLY
                                       )  CONFIDENTIAL – ATTORNEYS'
18                                     )  EYES ONLY]**
                                       )
19                                     )  **DATE: March 28, 2024**
                                       )  **TIME: 9:30 a.m.**
20                                     )  **PLACE: Courtroom B, 15th Floor**
                                       )  **JUDGE: Hon. Laurel Beeler**
21                                     )
                                       )
22                                     )

23

24

25

26

27

28