RYAN R. SMITH, State Bar No. 229323
rsmith@wsgr.com
CHRISTOPHER D. MAYS, State Bar No. 266510
cmays@wsgr.com
ALEXANDER R. MILLER, State Bar No. 347827
alex.miller@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650.493.9300
Facsimile: 650.565.5100

Attorneys for Defendant
SC MARKETING GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELLULOSE MATERIAL SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SC MARKETING GROUP, INC.,<br><br>Defendant. | CASE NO.: 3:22-cv-03141-LB<br><br>**DECLARATION OF CHRISTOPHER D. MAYS IN SUPPORT OF SC MARKETING GROUP, INC.'S SUPPLEMENTAL REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF INVALIDITY [DKT. 141]**<br><br>Judge:    Hon. Laurel Beeler<br>Date:     March 28, 2024<br>Time:    9:30 a.m.<br>Location: San Francisco Courthouse, Courtroom B – 15th Floor |

I, Christopher D. Mays, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am an associate at the firm of Wilson Sonsini Goodrich & Rosati, counsel of record for defendant-counterclaim plaintiff SC Marketing Group, Inc. (dba Thermal Shipping Solutions "TSS"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. I submit this declaration in support of the accompanying supplemental reply brief in support of TSS's motion and motion for summary judgment (Dkt. 141).

2. Attached to this declaration as **Exhibit 1** is a true and correct copy of a Summary of CMS Evidence Regarding Film. **[FILED UNDER SEAL]**.

3. Attached to this declaration as **Exhibit 2** is a true and correct copy of an email from T. Wilson to S. Cardinale, dated July 10, 2015, bearing bates numbers TSS_00003869.

4. Attached to this declaration as **Exhibit 3** is a true and correct copy of an email from C. Benner to M. Henderson, dated September 1, 2015, bearing bates number CMS002535 – CMS002542. **[FILED UNDER SEAL]**.

5. Attached to this declaration as **Exhibit 4** is a true and correct copy of an email from C. Benner to K. Chase, dated November 24, 2015, bearing bates numbers CMS001671 – CMS001673. **[FILED UNDER SEAL]**.

6. Attached to this declaration as **Exhibit 5** is a true and correct copy of excerpts to the Deposition Transcript of Kevin Chase, taken October 11, 2023. **[FILED UNDER SEAL]**.

7. Attached to this declaration as **Exhibit 6** is a true and correct copy an email from C. Benner to K. Chase, dated February 24, 2016, bearing bates number CMS0017515 – CMS0017516. **[FILED UNDER SEAL]**.

8. Attached to this declaration as **Exhibit 7** is a true and correct copy of an email from C. Benner to S. Cardinale, dated April 22, 2016, bearing bates numbers CMS0032921 – CMS0032924. **[FILED UNDER SEAL]**.

9. Attached to this declaration as **Exhibit 8** is a true and correct copy of an email from Matt Henderson to C. Benner, dated June 22, 2016, bearing bates numbers CMS0015995 – CMS0015999. **[FILED UNDER SEAL]**.

10. Attached to this declaration as **Exhibit 9** is a true and correct copy of an email from S. Cardinale to C. Benner, dated April 25, 2016, bearing bates numbers CMS0032928 – CMS0032931. **[FILED UNDER SEAL]**.

11. Attached to this declaration as **Exhibit 10** is a true and correct copy of an email from S. Cardinale to C. Benner, dated April 22, 2016, bearing bates numbers CMS0032911 – CMS0032912. **[FILED UNDER SEAL]**.

12. Attached to this declaration as **Exhibit 11** is a true and correct copy of excerpts to the Deposition Transcript of Paul Turner, taken September 14, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 14th of March 2024 in Palo Alto, California.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   */s/ Christopher D. Mays*
          Christopher D. Mays

Attorneys for Defendant
SC MARKETING GROUP, INC.

## TABLE OF EXHIBITS

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 1. | Table of CMS Exhibits |
| 2. | TSS_00003869 |
| 3. | CMS002535 |
| 4. | CMS001671 |
| 5. | K. Chase Deposition Transcript excerpts |
| 6. | CMS0017515 |
| 7. | CMS0032921 |
| 8. | CMS0015995 |
| 9. | CMS0032928 |
| 10. | CMS0032911 |
| 11. | P. Turner Deposition Transcript excerpts |