# EXHIBIT 2

| | |
|---|---|
| From: | Timothy Wilson <timwilson@cinci.rr.com> |
| To: | Sal Cardinale; Sean McCoy; Ben Scott |
| Sent: | 7/10/2015 8:44:51 AM |
| Subject: | RE: Matte PET and Jet Printing |

I just talked to Jet scheduling about the Grape Boogies order.  It <u>could</u> get popped into the schedule as early as Tuesday, so we need a purchase order by today to get it on the system.  That PO should be issued to Jet Printing for $380 dollars.  That gets us 1 roll @ 200LF printed and slit to 47" wide.  Are you going to go forward with this test?

*Tim*

---

**From:** Timothy Wilson [mailto:timwilson@cinci.rr.com]
**Sent:** Friday, July 10, 2015 8:55 AM
**To:** 'Sal Cardinale'; 'Sean McCoy'; 'Ben Scott'
**Subject:** Matte PET and Jet Printing

Good morning.  Here are options for testing a matte finish PET from Jet:
- At this point, the only sample that Jet can supply by next week is regular inks with the "Boogie Wipes" copy (one of the samples sent to you).  We need a final decision on this today as it is to run next week but this wouldn't get to CMS by Tuesday – probably later in the week.
- The lead time for a flood coat printed brown sample is 6 weeks based on Jet's most recent back log report.  There are three options with different prices:
    1. Regular inks with PMS 161 brown = $750
    2. Regular inks with the brown of your choice = $950
    3. Heat resistant inks with the brown of your choice = $1,500

Also, they can print as little as 800 feet of film if you only want 4 rolls at 200 feet each.  Most of the cost is in setups and waste.  If you wanted double the amount (400 feet per roll) your price for the regular inks with PMS 161 brown only goes up $40 to $790.

Thanks,

*Tim*

CONFIDENTIAL

TSS_00003869