# EXHIBIT 11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CELLULOSE MATERIAL SOLUTIONS, LLC,

       Plaintiff,

  vs.

SC MARKETING GROUP, INC.,

       Defendant.

Case No. 3:22-CV-03141-LB

VIDEOTAPED DEPOSITION OF PAUL TURNER

30(b)(6) deposition of Turner Fiberfill

Los Angeles, California

Thursday, September 14, 2023

Volume I

Stenographically Reported by:
AMANDA J. KALLAS
CSR Number 13901

Job Number 2624

PAGES 1 - 66

Fortz Legal Support

www.FortzLegal.com

844.730.4066



```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4  CELLULOSE MATERIAL SOLUTIONS,  )
    LLC,                           )
 5                                 )
                                   )
 6              Plaintiff,         )
                                   )
 7         vs.                     ) Case No.
                                   ) 3:22-CV-03141-LB
 8  SC MARKETING GROUP, INC.,      )
                                   )
 9              Defendant.         )
    _____)
10

11

12

13         VIDEOTAPED DEPOSITION OF PAUL TURNER

14         30(b)(6) deposition of Turner Fiberfill

15                Los Angeles, California

16             Thursday, September 14, 2023

17                      Volume I

18

19

20

21

22  Stenographically Reported by:
    AMANDA J. KALLAS
23  CSR Number 13901

24  Job Number 2624

25  PAGES 1 - 66
```

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3

 4  CELLULOSE MATERIAL SOLUTIONS,    )
    LLC,                             )
 5                                   )
                                     )
 6                  Plaintiff,       )
                                     )
 7           vs.                     ) Case No.
                                     ) 3:22-CV-03141-LB
 8  SC MARKETING GROUP, INC.,        )
                                     )
 9                  Defendant.       )
    _____)
10

11

12

13

14

15       Videotaped deposition of PAUL TURNER, Volume I,

16   taken on behalf of Plaintiff, at 633 West Fifth

17   Street, Suite 1550, Los Angeles, California

18   90071-2048, beginning at 9:38 a.m. and ending at

19   11:14 a.m. on Thursday, September 14, 2023, before

20   Amanda J. Kallas, Certified Shorthand Reporter

21   Number 13901.

22

23

24

25
```

```
 1        MR. MITCHELL:  This is Chris Mitchell from
 2   Dickinson Wright.
 3        MR. SMITH:  And Ryan Smith from Wilson
 4   Sonsini, on behalf of the defendant and the witness.
 5        THE VIDEOGRAPHER:  You may swear the witness.
 6                       ---oOo---
 7                      PAUL TURNER,
 8     having been duly administered an oath by the
 9     court reporter, was examined and testified as
10                        follows:
11        THE WITNESS:  Yes I do.
12        THE STENOGRAPHER:  Thank you.
13   Go ahead, Counsel.
14                       ---oOo---
15                     EXAMINATION
16   BY MR. ROGGE:
17     Q   Can you state your name for the --
18     A   Paul --
19     Q   -- record?
20     A   -- Turner.
21     Q   And what's your address?
22     A   My home address?
23     Q   Or the business address.
24     A   Oh.  1600 Date Street, Montebello,
25   California.
```

```
 1      A    Polyester fiber blends.
 2      Q    And you also don't -- you don't know if
 3   that's PET or what the spec is on that?
 4      A    What'd you call it?
 5      Q    "PET."
 6      A    In -- in our business realm, that -- we don't
 7   refer to that.  It may be.  I don't know.  It's all
 8   called just "fiber."
 9      Q    Just "fiber"?
10      A    Right.  And in specific thicknesses and
11   deniers, so...
12      Q    And the plastic polyethylene terephthalate --
13   that doesn't particularly mean anything to you?
14      A    No.
15      Q    Okay.  How did you get the film?  Who
16   supplied the film to you?
17      A    TSS shipped it to us.
18      Q    TSS shipped it directly to you?
19      A    Correct.
20      Q    They -- disregard.
21           Would -- is the batt a thermoplastic?  Is
22   that --
23      A    I never heard it to -- I've never heard it
24   referred to it as that.
25      Q    You've never heard it referred to as that.
```

```
 1     A    18, 20 years, something like that.
 2     Q    Close to the beginning of --
 3     A    Right, right.
 4     Q    -- the incorporation?
 5     A    Right.
 6     Q    How is the product priced?  How is the
 7   Renewliner priced?
 8     A    I don't understand what you mean.
 9     Q    Is it sold by weight or by volume?
10     A    Well, the -- the cost of the product is by --
11   by weight.  We buy it by the pound.
12     Q    You buy the fibers by the pound?
13     A    Correct.
14     Q    Do you buy the --
15     A    And then -- I'm sorry.  Go on.
16     Q    Continue.  Continue, sir.
17     A    No, no.  And then we just convert it into
18   whatever the spec is.
19     Q    You buy the fibers by the pound?
20     A    Right.
21     Q    Do you buy the film?
22     A    No.
23     Q    The film is provided by TSS?
24     A    Correct.
25     Q    How do you charge TSS?  What do you charge
```

```
1    STATE OF CALIFORNIA       )
2    COUNTY OF LOS ANGELES     ) ss.
3
4         I, AMANDA KALLAS, C.S.R. Number 13901, in and for
5    the State of California, do hereby certify:
6         That prior to being examined, the witness named in
7    the foregoing deposition was by me duly sworn to testify
8    to the truth, the whole truth, and nothing but the truth;
9         That said deposition was taken down by me in
10   shorthand at the time and place therein named and
11   thereafter reduced to typewriting under my direction, and
12   the same is a true, correct, and complete transcript of
13   said proceedings;
14        That if the foregoing pertains to the original
15   transcript of a deposition in a federal case, before
16   completion of the proceedings, review of the transcript
17   { } was {x} was not required.
18        I further certify that I am not interested in the
19   event of this action.
20        Witness my hand this _____18th_____ day of
21   _____ September _____, 2023.
22
23
24            *Amanda Kallas*
25            AMANDA KALLAS, C.S.R. Number 13901
```

66