1   RYAN R. SMITH, State Bar No. 229323
    rsmith@wsgr.com
2   CHRISTOPHER D. MAYS, State Bar No. 266510
    cmays@wsgr.com
3   ALEX R. MILLER, State Bar No. 347827
    alex.miller@wsgr.com
4   WILSON SONSINI GOODRICH & ROSATI PC
    650 Page Mill Road
5   Palo Alto, CA 94304-1050
    Telephone:  650.493.9300
6   Facsimile:   650.565.5100

7   AVA SHELBY, State Bar No. 312012
    ashelby@wsgr.com
8   WILSON SONSINI GOODRICH & ROSATI PC
    953 East Third Street, Suite 100
9   Los Angeles, CA 90013
    Telephone:  323.210.2900
10

11  Attorneys for Defendant
    SC MARKETING GROUP, INC.
12

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16  CELLULOSE MATERIAL SOLUTIONS, LLC,      )    CASE NO.:  3:22-cv-03141-LB
                                            )
17              Plaintiff,                   )    **DECLARATION OF CHRISTOPHER**
                                            )    **D. MAYS IN SUPPORT OF**
18          v.                               )    **DEFENDANT'S MOTION FOR**
                                            )    **RECONSIDERATION OF ITS**
19  SC MARKETING GROUP, INC.,               )    **MOTION FOR SUMMARY**
                                            )    **JUDGMENT OF INVALIDITY [DKT.**
20              Defendant.                   )    **NO. 141].**
                                            )
21                                          )    **Judge:    Hon. Laurel Beeler**
                                            )    **Date:     November 7, 2024**
22                                          )    **Time:     9:30 a.m.**
                                            )    **Location:  San Francisco Courthouse,**
23                                          )    **Courtroom B – 15th Floor**
                                            )
24

25

26

27

28

1    I, Christopher D. Mays, declare as follows:

2    1.    I am an attorney at law duly licensed to practice in the State of California and before

3    this Court.  I am an associate at the firm of Wilson Sonsini Goodrich & Rosati, counsel of record

4    for defendant-counterclaim plaintiff SC Marketing Group, Inc. (dba Thermal Shipping Solutions

5    "TSS").  I have personal knowledge of the facts set forth herein and, if called as a witness, could

6    and would testify competently thereto.  I submit this declaration in support of the accompanying

7    Motion for Reconsideration of its Motion for Summary Judgment of Invalidity (Dkt. 141).

8    2.    Attached to this Declaration as Exhibit 1 is a true and correct copy of Email

9    communication between T. Wilson and B. Scott et al., dated July 1, 2015 bearing bates number

10    TSS_00003888.

11    3.    On  September  18,  2024,  I  visited  the  Internet  Archive  website  at

12    web.archive.org.  Using that website, I observed archived versions of CMS's packaging solutions

13    web pages at three points in time: December 15, 2015; April 30, 2016; and August 22, 2016.

14    4.    Attached to this Declaration as Exhibits 2, 3, and 4 are true and correct copies of

15    archived web pages bearing bates numbers TSS_00008240 – TSS_00008249.  None of these web

16    pages made reference to CMS's Infinity Core or any product that includes a fibrous batt primarily

17    made of thermoplastic fibers and having a thermoplastic film adhered to both sides.  The products

18    described on those web pages refer to products that are "at least 70% recycled and renewable fibers,

19    the majority of which is post consumer recycled newspaper." *See id.*

20    5.    These archived web pages also made no reference to Dinner Thyme, Nurture Life,

21    Munchury, or Thermal Shipping (or any product that had been provided to any of them).

22    I declare under penalty of perjury under the laws of the United States of America that the

23    foregoing is true and correct.  Executed on 27 September 2024 in Santa Clara County, CA.

24    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

25

26    By:   */s/ Christopher D. Mays*

27    Christopher D. Mays

28    Attorneys for Defendant
SC MARKETING GROUP, INC.

## **TABLE OF EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | TSS_00003888 |
| 2. | 12-15-15 Archived CMS webpage (TSS_00008240) |
| 3. | 4-30-16 Archived CMS webpage for thermal insulation Packaging (TSS_00008244) |
| 4. | 8-22-16 Archived CMS webpage for thermal insulation Packaging (TSS_00008248) |