# EXHIBIT 1

| | |
|---|---|
| **From:** | Timothy Wilson <timwilson@cinci.rr.com> |
| **To:** | Ben Scott |
| **CC:** | Sean McCoy; Sal Cardinale |
| **Sent:** | 7/1/2015 9:01:14 AM |
| **Subject:** | PET insulation version |

Good morning. I thought you might like an update. The film supplier who could provide a PET with a heat seal coating did not feel that his product was a good candidate because the coating was only about a micron thick. We have feelers out to Toray and Terphane regarding copolymer PETs that might be suitable for this application. As soon as I hear back from them, I can follow up on sample timing and costs. Assuming that the co-polyester is a free sample, supplying 2 rolls at 5,000 impressions each (13,333 feet each) would cost about $2,500; we'll just used some existing plates. Unprinted samples would cost about $2,200, so we might as well push for the printed sample to ensure that the inks will stand up to the heat. Producing a printed sample would take 4-5 weeks assuming we could get the sample co-polyester in quickly enough. They stock the matte PET.

I'll get back to you when I hear back from our prospective film suppliers.

Sent from my iPhone

CONFIDENTIAL