# EXHIBIT 4

The Wayback Machine - https://web.archive.org/web/20160822220004/http://cmsgreen.com:80/packaging



  

Search...

Home | Insulation ▼ | OEM / Acoustics ▼ | Packaging | Industrial Absorbent | Post Processing



## Packaging

### Protects cargo.  Maintains temperatures.  Simple Design.  Eco-friendly products.

When it comes to shipping, delivery time, packaging and temperature control play a vital role in whether a product can be successfully shipped or not.  Building upon expertise in the insulation market, CMS has developed packaging solutions that not only maintain temperature but also prevent spoilage and protect precious cargo.

CMS packaging products utilize materials and fibers that are not traditionally used for packaging or shipping.  The design and density of CMS materials can maintain temperature for longer periods of time while providing protection of the package contents.

TSS_00008248



Unlike typical insulated shipping materials, CMS products are an environmentally friendly choice.  CMS packaging products are made from at least 70% recycled and renewable fibers, the majority of which is post consumer recycled newspaper.

CMS works with customers to engineer packaging solutions based on the different variables that are required to properly ship certain goods, including food, pharmaceutical and healthcare products, and more.

Copyright ©2016 Cellulose Material Solutions, LLC. All rights reserved. ☐
Website by Reality Bytes Designs

- Legal
- Contact Us
- About