1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10                               SAN FRANCISCO DIVISION

11 | CELLULOSE MATERIAL SOLUTIONS, LLC,   )   CASE NO.: 3:22-cv-03141-LB
                                          )
12 |         Plaintiff,                   )
                                          )   **[PROPOSED] ORDER REGARDING
13 |    v.                                )   DEFENDANT'S MOTION FOR
                                          )   RECONSIDERATION OF ITS
14 | SC MARKETING GROUP, INC.,            )   MOTION FOR SUMMARY
                                          )   JUDGMENT OF INVALIDITY
15 |         Defendant.                   )   [DKT. 141]**
                                          )
16                                        )
                                          )
17 |_____)

18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

The Court having considered Defendant's Motion for Reconsideration of its Motion for Summary Judgment of Invalidity (Dkt. 141), the papers filed herewith, and for good cause shown hereby GRANTS the Motion as follows:

As to TSS's Motion for Reconsideration, the Court finds that TSS has shown compelling reasons to support the Motion. Accordingly, the Court GRANTS TSS's Motion for Reconsideration. IT IS ORDERED and the Court hereby vacates Orders [Dkts. 160, 183].

As to TSS's Motion for Summary Judgment of Invalidity (Dkt. 141), the Court finds that the 2016 Renewliner product constitutes on-sale prior art to the '007 Patent under 34 U.S.C. § 102(a). The Court further finds that the exceptions of 35 U.S.C. §§ 102(b)(1)(A) and 102(b)(1)(B) do not apply. Accordingly, the Court GRANTS TSS's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: _____     _____
                                    Hon. Laurel Beeler
                                    United States Magistrate Judge