UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CELLULOSE MATERIAL SOLUTIONS, LLC, | CASE NO.: 3:22-cv-03141-LB |
| Plaintiff, | |
| v. | [~~PROPOSED~~] PARTIAL FINAL JUDGMENT |
| SC MARKETING GROUP, INC., | |
| Defendant. | |

On January 16, 2024, Defendant SC Marketing Group, Inc. d/b/a Thermal Shipping Solutions ("TSS") moved for summary judgment that U.S. Patent No. 11,078,007 was invalid based on 35 U.S.C. §§ 102. Dkt. 141. On May 10, 2024, the Court denied that motion. Dkt. 183. Upon TSS's Motion for reconsideration (Dkt. 238), on December 14, 2024, the Court granted TSS's Motion and found that the asserted claims of the '007 Patent were invalid. Dkts. 279, 302. On March 10, 2025, the Court denied Plaintiff Cellulose Material Solutions, LLC's ("CMS") Motion for Reconsideration (Dkt. 294) of the Court's December 14 Order. Dkt. 301. On July 1, 2025, the Court certified its December 14 Order for partial final judgment under Fed. R. Civ. P. 54(b). Dkt. 317.

In accordance with the foregoing, partial final judgment is hereby entered as follows:

1. Judgment in favor of TSS and against CMS as to CMS's First and Second Causes of Action (Dkt. 1).

2. Judgment in favor of TSS and against CMS as to TSS's First and Second Counterclaims (Dkt. 85).

Dated: __July 29__, 2025    By: _____/s/ LB_____

Hon. Laurel Beeler

Dated: _____, 2025    By: _____

Clerk